NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH RUTH DABNEY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3149

---

Petition for review of the Merit Systems Protection Board in No. AT0752120448-I-1.

---

## ON MOTION

---

## O R D E R

The Merit Systems Protection Board moves for an extension of time due to the government shutdown to file its response brief. Elizabeth Ruth Dabney opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2                              DABNEY v. MSPB

 

The motion is granted to the extent that the respondent shall file its brief 5 days after the shutdown ends and the government reopens.

FOR THE COURT

/s/   Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s21